UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNIE PETERSON,<br><br>            Plaintiff,<br><br>   vs.<br><br>RORY BOLTER, *et al.,*<br><br>            Defendants. | NO. C09-1164RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Oral argument on Defendant Snohomish County's Motion to Dismiss (Doc #7) has been scheduled for **Tuesday, December 8, 2009 at 8:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

The parties should come ready to argue on the adequacy of the allegations contained in the First Amended Complaint filed October 6, 2009.

.

DATED this 18th day of November, 2009.

                                                      /s/Kerry Simonds
                                                      by Kerry Simonds, Deputy Clerk
                                                      To Robert S. Lasnik, Judge
                                                      206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER